## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 15-10338-FDS** |
| | ) | |
| **15.   LUIS SOLIS VASQUEZ,** | ) | |
| **a/k/a "BRUJO,"** | ) | |
| | ) | |
| **Defendant** | ) | |

### SENTENCING MEMORANDUM OF THE UNITED STATES

In the early morning hours of December 14, 2014, Hector Enamorado, also known by his MS-13 gang name "Vida Loca," fired multiple gunshots inside an apartment at 60 Chester Avenue in Chelsea, Massachusetts. At point-blank range, Vida Loca fired three shots at Javier Ortiz, a rival gang member who had punched Vida Loca and burned him with a cigarette the day before, and one shot at Saul Rivera, a pastry chef and innocent bystander to the gang members' feud. When Chelsea police officers responded to the scene, they encountered Rivera on the sidewalk near 60 Chester Avenue, suffering from a bullet wound to his chest. Inside the bathroom of the second-floor apartment, officers found Ortiz lying on the floor in a pool of his own blood. Ortiz died from his injuries a short time later. Rivera survived, but the bullet remains lodged in his chest, near his heart, to this day.

Vida Loca was not alone in that apartment. The murder of Ortiz resulted from a premeditated, coordinated effort by members of three separate MS-13 cliques to eliminate a rival gang member. Vida Loca, a homeboy of the Chelsea Locos Salvatrucha clique, fatally shot and killed Ortiz. Noe Perez Vasquez, also known as "Crazy," a leader of the Everett Locos Salvatrucha (ELS) clique, gave Vida Loca the murder weapon and orchestrated his attempted escape. And the defendant, Luis Solis Vasquez, also known as "Brujo," a homeboy

of the Eastside Locos Salvatrucha (ESLS) clique, provided armed back-up for Vida Loca during the shooting.

After a three-week trial, a United States District Court jury convicted Solis Vasquez, Vida Loca, and Crazy of committing or knowingly participating in the murder of Ortiz. This Court previously sentenced Vida Loca and Crazy to life in prison. For that reason alone, Solis Vasquez also deserves a life sentence. But the Ortiz murder / Rivera attempted murder was just one in a series of vicious attacks committed by Solis Vasquez to further the success of the MS-13 racketeering conspiracy. At trial, the jury heard how Solis Vasquez and several other MS-13 members engaged in a melee in a Chelsea park that led to the stabbing of a rival gang member. The jury heard Solis Vasquez's gleeful report about how he and Joel Martinez, a/k/a "Animal," stabbed another suspected gang rival several times on a Chelsea street. And the jury watched a video of the clique meeting where Solis Vasquez held up Animal as an example of how a prospective MS-13 member should act and urged the clique to find more prospective members like Animal, people who will "stick the knife and see what happens." After vouching for him, Solis Vasquez was one of the clique members who physically "beat in" Animal and made him a "homeboy" or full member of MS-13.

Solis Vasquez murdered on behalf of the MS-13 enterprise, a transnational organization whose central organizing principle is murder, and he recruited and protected others who shared his commitment to violence so that MS-13 could continue to grow and succeed in its mission to control territory and eliminate rivals. For this, he deserves to spend the rest of his life in prison.

## I.     The Evidence

The Ortiz Murder and Rivera Attempted Murder (PSR, ¶¶ 27-39). Solis Vasquez, Vida Loca, Crazy, and other MS-13 members worked together to commit a ruthless, premeditated murder of a rival gang member and gratuitously shot and injured an innocent bystander in furtherance of MS-13's violent mission. Vida Loca was a long-time member and homeboy of the Chelsea Locos Salvatrucha ("CLS") clique, which, for a time, was one of the strongest MS-13 cliques in the greater Boston area. By December 2014, however, CLS's membership and influence had dwindled as clique members were arrested and deported, leaving it unable to control its turf.

On or around December 13, 2014, Vida Loca visited the second-floor apartment at 60 Chester Avenue in Chelsea, which was known to be a place to buy beer and food after the bars closed. That night, Vida Loca got into a fight with Javier Ortiz, a member of the rival 18th Street gang, and Ortiz punched Vida Loca in the eye and burned his arm with a lit cigarette. Also present in the apartment that night was ESLS homeboy Victor Ruiz, a/k/a "Vincentino," a/k/a "Chentino." Vida Loca later told other MS-13 members that Vincentino failed to defend Vida Loca during his fight with Ortiz.

The next night, on December 14, 2014, Vida Loca and Ortiz again met in the after-hours beer hall at 60 Chester Avenue. Saul Rivera was inside the apartment that night, having a beer and some tamales in the kitchen after he got off work. According to Rivera, Vida Loca and Ortiz had an argument that was broken up by another person in the apartment. After the argument, Ortiz left the apartment and returned approximately 20 minutes later; soon after Ortiz returned, Vida Loca left the apartment.

Vida Loca then called Crazy, who was hanging out with other MS-13 members at the garage in Everett where the ESLS clique congregated and held their meetings (in fact, Solis Vasquez lived at the garage). Vida Loca told Crazy that he was at a place with the 18th Street gang member who had beaten him up the night before, and Vida Loca asked Crazy to bring him the .380 gun that Crazy carried because Vida Loca was going to kill the "culero." Crazy told the MS-13 members at the garage that he was going to take his gun to Vida Loca, and Solis Vasquez, who was present and also had a gun, offered to go along to help Vida Loca. When Crazy and Solis Vasquez arrived in Chelsea, they met Vida Loca outside 60 Chester Avenue. Crazy gave Vida Loca his gun, and Vida Loca told Solis Vasquez to come inside with him to guard the door while he killed the culero, or gang rival.

Vida Loca and Solis Vasquez, both armed, went upstairs to the second-floor apartment. When they entered, they spotted Vincentino on the back porch and went to greet him. Shortly after, Vida Loca reentered the apartment, walked through the kitchen with his gun at his side, and headed down the front hall toward the bathroom. As Ortiz exited the bathroom, Vida Loca immediately fired three shots at him from point-blank range. Vida Loca turned away from the bathroom and fired one shot at Rivera's chest before fleeing the apartment.

Hours later, Crazy was recorded discussing the murder with another MS-13 member, Jose Miguel Hernandez, also known as "Smiley" or "Danger." During the conversation, Crazy explained that Vida Loca had gotten into a fight with a rival gang member and had called Crazy to bring him his gun so Vida Loca could kill the culero. Crazy said that Vida Loca "killed the guy, that's not bullshit . . . he shot him and shot the other one, and Brujito

was there." Smiley said that Vida Loca did not go in alone, "but Brujo, Brujo had the .22," and reported that Solis Vasquez told Vida Loca, "I'll go with you. I am not staying behind."

A few days later, law enforcement arrested Vida Loca, who was in a car with Crazy, as he was attempting to flee from Massachusetts. About a week or two after the murder, Crazy attended an ESLS clique meeting on Vida Loca's behalf. Crazy demanded that ESLS punish Vincentino for violating MS-13 rules, namely, for failing to defend a fellow MS-13 member, Vida Loca, in his fight with Ortiz the day before the murder. Crazy and Solis Vasquez, who was present at the meeting, told the clique what had happened with Vida Loca and Vincentino the night before the murder and reported to the clique how they had worked together to commit the murder. After Solis Vasquez and Crazy reported to ESLS what had happened, the clique punished Vincentino with a thirteen-second beating for failing to support Vida Loca.

The May 12, 2015 Mynor Ochoa Attempted Murder (¶¶ 40-48). On the afternoon of May 12, 2015, several ESLS members, including Jose Hernandez Miguel, a/k/a "Muerto," were at the ESLS clique's home base, a garage in Everett. Solis Vasquez called Muerto to ask for help. Solis Vasquez reported that he and other MS-13 members were in a park in Chelsea where they had gone to purchase marijuana. In the park, they encountered a large number of "chavalas" who had started problems with "Vago" (another ESLS member).

Muerto got in a car and headed toward the park. He picked up Domingo Tizol, a/k/a "Chapin," a probationary member of a different MS-13 clique who lived near the park. Chapin, armed with a "yatagan" or one-foot-long knife, and Muerto arrived at the park. They met up with Solis Vasquez and the other MS-13 members and attacked their rivals as a group. As Muerto put it:

> Since I was wearing a blue shirt and a baseball cap with said "503," and it was blue, and I was wearing shorts and Nike Cortez, so when they saw me, they immediately got up. So when they stood up, I flashed the MS, and said, "It's La Mara, you sons of bitches, what's up?"[1]

Solis Vasquez knocked Mynor Ochoa, an 18th Street gang member, to the ground and kicked him in the head. While on the ground, Chapin handed Muerto the yatagan and Muerto stabbed Ochoa in the chest. Muerto and Chapin proceeded to the home of Edwin Guzman, a/k/a "Playa," the Second Word of the ESLS clique, where Muerto changed his clothes and cleaned his wound. When Solis Vasquez and Muerto met up again later that night, Solis Vasquez eagerly recounted his role in the attempted murder:

> I was kicking him. I was kicking him with my feet on his head . . . And the other kid didn't let me keep going. With three kicks in the face, I was able to [unintelligible]. The other kid was kicking him like crazy . . . The motherfucker, as soon as he fell, Muerto was hitting him.

The January 1, 2016 Attempted Murder With Animal (PSR, ¶¶ 44-54). On September 20, 2015, Animal (then a probationary member of ELS) and other MS-13 members spotted Irvin De Paz, a fifteen-year-old student and member of the rival 18th Street gang, near Trenton Street in East Boston. Surveillance video captured the victim running for his life as Animal chased him down Trenton Street before he repeatedly plunged a knife through his chest, arm and back, killing him. Thereafter, agents secretly recorded Animal bragging about the murder:

| | |
|---|---|
| CW-1: | So how many times did you stab him? |
| ANIMAL: | I stabbed the culero three times, but I stabbed him with a thing like this. |
| CW-1: | Pretty. |
| JUVENILE: | I have a knife here that's exactly the same as his, dude. |

---

[1] As the Court well knows, all of these items are signifiers of membership in MS-13.

| | |
|---|---|
| ANIMAL: | The thing is that culero . . . |
| CW-1: | And where did you stab him? In the chest or in the . . . |
| ANIMAL: | The first one, I stabbed him right here and he was falling dead, right. I reached him then, I was behind him, dude, and I reached him. He stared at me and he asked me if I was going to, if I was going to stab him. I told him: "Yes, the Mara rules you, chavala," I said to him. |

*****

| | |
|---|---|
| ANIMAL: | That culero, he would run a little bit, and fall over and over again. So, I caught up to him again and that's when I finished him off, man. |
| CW-1: | Awesome, dude, fucking cool, man. |
| ANIMAL: | The thing was that the culero, you know, the Beast had to take him. |

Animal expected the Everett clique to promote him to homeboy for the murder. Instead, the Everett clique disciplined him for outstanding violations. Disappointed, Animal spoke to Herzzon Sandoval, a/k/a "Casper," the First Word of ESLS, about becoming a member of ESLS:

| | |
|---|---|
| ANIMAL: | Yes, [CW-1] knows what's going on, dog. I have heart, UI the barrio and I'm coming from the heart, but I also don't like being marginalized like the Side is doing. You know, doggie, they have me on ice. I do what they tell me, doggie, and later they tell me the opposite. Yes, I'm telling you straight out, doggie. I really want to hang out with your Side, doggie. |
| CASPER: | Awesome! As I was explaining, homie, come by this area homie. You will meet all of us, you know. You will find out how we think as a group, homie; and if your way of thinking coordinates with ours, then it's great. Then everything will be solid and we will see what decisions we will make because it's not only my decision, they all have to check you out too, you know. |

Casper told Animal, "We are going to discuss that shit with these dudes, as I said, and

7

then, yes, we will be in touch." Casper then told CW-1 and other MS-13 member that in order to avoid any unwanted problems, ESLS would talk to the Everett clique before promoting Animal: "we'll go see them and we'll tell them before jumping him over." When asked if the Everett clique would support ESLS promoting Animal, Casper replied, "And why wouldn't they? It's the same Barrio, MS13."

After receiving Casper's direction and encouragement, Animal began to associate with homeboys from ESLS, including Solis Vasquez. On December 27, 2015, Animal, ESLS homeboy Mauricio Sanchez, also known as "Tigre," and three juveniles—friends of Animal's who also hoped to be considered for membership in MS-13—stabbed a victim in the back on Fourth Street in Chelsea. Thereafter, agents recorded conversations with Animal, Tigre, and others describing how "Animal and the kids" stabbed the victim (Tigre later called Animal "a treasure").

On January 1, 2016, Solis Vasquez, Animal, and others repeatedly stabbed a young man they believed was a rival gang member on Chestnut Street in Chelsea. When they responded to the crime scene, Chelsea Police officers found the victim with a stab wound to his lower right back and a fractured forearm. The victim, who was semi-conscious, said he had been walking down Chelsea Street to bring food to a friend when he was approached by a group of men who asked him, "What gang are you with?" When the victim said he was not in a gang, one of the men grabbed him from behind and a second man said, "You are going to die." The victim later identified a photograph of Animal from an array as the man who held him while he was being stabbed by someone else.

That someone was Solis Vasquez. After the attack occurred, Solis Vasquez and Animal gleefully reported what they had done:

| | |
|---|---|
| ANIMAL: | Brujo and I just did an awesome hit, dog. |
| CW-1: | What do you mean? |
| ANIMAL: | That we got a chavala with Brujito, we got off a truck and we got out to stab a chavala, and there is evidence here that we stabbed him, dude. |
| CW-I: | So what happened, what do you mean? |
| ANIMAL: | We got a chavala, doggie. I was holding him, doggie, and dangling him while the homeboy stabbed with a knife, and when the culero tried to run, he would scream and hang on him and this homeboy would lunge at him with the knife and here is the evidence here, I have the knife and here is UI of the blood, doggie. |
| CW-1: | Where are you guys? |
| ANIMAL: | We're making some soup here, with the Mara family dog. Celebrating, dog. |
| SOLIS VASQUEZ: | Hey [CW-1]! [CW-1]! |
| CW-1: | What's up dude? |
| SOLIS VASQUEZ: | I struck that some of a bitch with a knife and [unintelligible]. |
| ANIMAL: | I captured him and tied him up and set him up for him and then the homeboy lunged at him with the blade, dog. For real, dog. |

During another recorded conversation on January 2, 2016, Animal reiterated that Solis

Vasquez had repeatedly stabbed the victim:

| | |
|---|---|
| CW-1: | And on that day, Animal, who killed him? Did you kill him or was it Brujo who stabbed him? |
| ANIMAL: | Both of us |
| CW-1: | Both of you? |
| TIGRE: | You also [unintelligible] him? |
| ANIMAL: | We were beating him and I would grab him and keep him down. |

| CW-1: | Oh, but Brujo stabbed him with the knife? |
|---|---|
| ANIMAL: | Yes. |
| CW-1: | Oh, awesome! |
| ANIMAL: | No, and when he would stab him with the knife, I would beat him more, and that is why I was all splattered. Don't you know I got home with blood all over me? |

At trial, both Muerto and Tigre identified Solis Vasquez as the person who stabbed the victim. According to Tigre, Solis Vasquez had told him they "had grabbed a chavala around Chestnut, that he had tried to run away, and Animal caught up with him," and that Solis Vasquez "then came and stabbed him several times."

The Animal Jump In (PSR, ¶¶ 55-56). On the day they met at the Everett garage to consider Animal's promotion, Casper, Solis Vasquez, and other ESLS clique members discussed what it took to become a member of MS-13, discussed ways to take credit for Animal's murder, and discussed ways to shield Animal from the police. During the meeting, Casper asked Animal, "Do you have a place to stay right now?" ESLS members offered to help Animal find a room to rent. Casper explained that they needed to be careful about where they put Animal: "The thing right now, dudes, the move is that this homeboy should not be in Mara's turf. We're in Lynn, Chelsea, East Boston . . . those are the territories that this dude can't be in, dude. So then, we are going to, we are going to send this dude to the clique, homeboy. We have to hide him to that he won't be arrested, dude. Right now, it is our priority that this dude not be locked up."   Casper said that Animal also had to "learn how to look after himself. He has to find a job." Clique members then began to discuss finding Animal a job. Playa, Sandoval's second-in-command, encouraged the clique to support Animal: "Hey, look I am quite relaxed here, dude. That dude has killed, dude, and look, that homie is taking

10

it easy. A lot of people found out about the murder that guy did, dude, and I ran into the guy

walking around . . . and he's all calm dude."

When clique members asked Animal if he wanted to become a homeboy with ESLS,

Animal responded, "Yes, yes, that's why I came to this clique, doggie. I want to be here."

Solis Vasquez reiterated to Casper and the rest of the clique that Animal had committed two

recent stabbings: "Twice in a short time, he did it with me and that is some serious shit, man

. . . he did another one with Tigre, doggie." According to Solis Vasquez, ESLS needed more

members like Animal, who was willing to hit the streets and represent MS-13 "the right way,"

rather than a "bunch of young dudes" who were only "here all the fucking time just because

they are at the bars." Prospective members had to be tested: "Let them come and kill. Let

them come and feel the pressure . . . they need to stick the knife in and see what happens . . .

if you have love for the Barrio, you will show your balls there." Casper agreed: "No, look,

I'm going to tell you something homie. We need the new generation of the Eastside, homie.

And thanks to the wisdom that we have gained over the years, homie, we have to pass it

along, dude, so that the new Eastside clique can come and not think badly that we're going

to fuck them over because, shit, we are Maras, and the fuckers here will fuck it up." Duque,

another ESLS homeboy, agreed: "The clique has to continue to grow." Casper concluded,

"Seriously, everything will end up in the hands of the new generation."

At the conclusion of the meeting, Casper told the clique, "Let's jump this guy in now."

Thereafter, Casper, Solis Vasquez, and the ESLS homeboys welcomed "Animal" to MS-13.

Solis Vasquez and other ESLS members kicked and beat Animal as Playa counted for thirteen

seconds. After the beating, members flashed MS-13 gang signs as they raced to embrace

Animal. One member put his arm around Animal's shoulder and said, "Welcome to the

Mara."

## II.    The Defendant's Objections

In his sentencing memorandum, Solis Vasquez objects to the manner in which Probation characterized his attacks. Specifically, Solis Vasquez claims that the evidence is insufficient to show that his conduct during the Ortiz murder constituted first-degree murder, and that there is insufficient evidence to show that his attack with Muerto in the park and with Animal in Chelsea were true attempted murders, rather than assaults. These arguments can be disposed of quickly. As the Court well knows, the plan to murder Ortiz involved Solis Vasquez volunteering to Crazy to provide armed assistance to Vida Loca. Solis Vasquez traveled from Everett to Chelsea in a car with other MS-13 members while armed with a gun to meet Vida Loca at the after-hours beer hall. Solis Vasquez and Vida Loca entered the apartment – a small, confined space – together and after they had completed their mission they left the apartment together. Solis Vasquez knew that he and Vida Loca were going to murder a chavala before Solis Vasquez ever left the ESLS garage. The evidence clearly established that Solis Vasquez deliberately joined Vida Loca, Crazy, and the others in a premeditated assassination of a rival gang member who had disrespected Vida Loca the night before.

In an effort to turn his attempted murders into simple assaults, Solis Vasquez ignores the evidence concerning the nature of the MS-13 racketeering conspiracy and minimizes the specific nature of these attacks. The trial evidence established that the primary goal of MS-13 is to eliminate its rivals, and the gang issued—and enforced—what was essentially a standing order to kill rival gang members on sight. Muerto set forth the mission of MS-13: "MS wants to be the only one. It doesn't want any rivals. It wants to control everything." Solis Vasquez

did not call Muerto to the park in Chelsea to start a fist fight. Muerto dared the other gang rivals to a fight as soon as joined up with Solis Vasquez and the other MS-13 members. As a group, Solis Vasquez, Muerto, and the other MS-13 members attacked their rivals. After the stabbing, Solis Vasquez eagerly recounted how he knocked Ochoa to the ground before Muerto tried to finish him off with the yatagan. The same holds true for Solis Vasquez's January 1, 2016 attack with Animal: on two recordings over two days, both men recounted how they tried to murder a gang rival (corroborated by the victim's account, who reported that one of assailants told him he was going to die). Solis Vasquez and Animal described the attack as a multi-party effort to seize a perceived gang rival and to stab him to death with a knife. Even without the evidence about MS-13's standing order to kill gang rivals, Solis Vasquez's efforts to diminish the severity of the attacks would fail on the facts presented here.[2]

### III.    Argument

The Court heard the testimony of several cooperating witnesses who were themselves members of MS-13, who described in great detail the culture of fear and violence that permeates the gang. The evidence paints a grim picture of the MS-13 racketeering enterprise generally and of Solis Vasquez's role in furthering the gang's mission. Solis Vasquez was a full, knowing, and willful participant in furthering the MS-13 mission to dominate its rivals, maintain order within its ranks, and rule its turf. He murdered a gang rival; he attacked other

---

[2] While it is likely not necessary for the GSR calculation, the Court should remember that according to Tigre's testimony, Solis Vasquez was the ESLS member who introduced Animal to Tigre. Solis Vasquez jointly participation with Animal in the January 1, 2016 attempted murder and Solis Vasquez talked about both attempted murders during the January 8, 2016 jump in ceremony. Given his early knowledge of Animal and his personal participation in an attempted murder with him, Probation was correct to conclude that Solis Vasquez was an accessory to Animal's murder and both attempted murders.

gang rivals intending to murder them; and he recruited and promoted others to help him commit murders to further the success of MS-13.

A sentence of life imprisonment is an apt punishment for Solis Vasquez's crimes. It will deter others from embracing MS-13's mission of ruthless, perpetual, and senseless violence. It will protect the public from Solis Vasquez. It will provide some measure of comfort to the victims and families of the victims, who suffer daily because of Solis Vasquez's calculated and callous actions and live in constant fear of retribution. For example, Saul Rivera, who survived being shot in the chest by Solis Vasquez and Vida Loca, literally carries the trauma of that fateful night with him to this day, in the form of the bullet lodged less than a quarter inch from his heart. At trial, Dr. Pierre Borczuk, the attending emergency room physician at Mass General Hospital who treated Rivera, testified that the bullet's location was "very close to the pulmonary artery," and if the bullet had hit that artery, Rivera would have lost a "tremendous" amount of blood, rendering him unstable and requiring emergency surgery to repair the artery. Dr. Borczuk further testified that the bullet was "very, very close to the lining of the heart or the sac around the heart" and explained that if the bullet had pierced the heart sac, the resulting blood loss would have "suffocate[d] the heart and prevent[ed] it from beating." The tangible and intangible pain and suffering inflicted by Solis Vasquez on his victims and their families cannot be underestimated.

Finally, where Solis Vasquez has never accepted responsibility for his actions, a life sentence is particularly appropriate. Many MS-13 members charged in this investigation— including many who committed horrific acts of violence—pleaded guilty and accepted responsibility for their conduct. The arguments Solis Vasquez advances in his sentencing

memorandum show that he still has not come to terms with his decision to join MS-13 and

the effect that his choices have had on the victims of his clique's senseless acts of violence.

## CONCLUSION

For all of the foregoing reasons, the Court should sentence Luis Solis Vasquez, a/k/a

"Brujo," to life in prison. The government also requests that the Court impose five years of

supervised release and order Solis Vasquez to pay restitution to the victims of his crimes.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:    /s/ Christopher Pohl
Christopher Pohl
Kelly Begg Lawrence
Glenn A. MacKinlay
Kunal Pasricha
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify the foregoing document was filed through the
Electronic Court Filing (ECF) system on November 16, 2018 and will be sent electronically
to the registered participants as identified in the Notice of Electronic Filing.

/s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney