# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 3, 2021

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

  Re: Luis Solis-Vasquez
     v. United States
     No. 21-6510
     (Your No. 19-1027, 19-1745)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on November 16, 2021 and placed on the docket December 3, 2021 as No. 21-6510.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Michael Duggan
          Case Analyst